UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **RICHARD BENSON**, individually and on behalf of all others similarly situated<br><br>　　Plaintiff,<br><br>v.<br><br>**C&J ENERGY SERVICES, INC.**<br><br>　　Defendant. | § § § § § § § § § § § § § | **Docket No. 2:15-cv-00455**<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff dismisses his claims against Defendant. A proposed order is attached.

Respectfully submitted,

By: /s/ *Jessica M. Bresler*
    Michael A. Josephson
    Fed. Id. 27157
    State Bar No. 24014780
    mjosephson@fibichlaw.com
    Jessica M. Bresler
    Fed Id. 2459648
    State Bar No. 24090008
    jbresler@fibichlaw.com
    Andrew Dunlap
    Fed Id. 1093163
    State Bar No. 24078444
    adunlap@fibichlaw.com
    Lindsay R. Itkin
    Fed Id. 1458866
    State Bar No. 24068647
    litkin@fibichlaw.com
    **FIBICH, LEEBRON, COPELAND,
    BRIGGS & JOSEPHSON**
    1150 Bissonnet
    Houston, Texas 77005
    713-751-0025 – Telephone
    713-751-0030 – Facsimile

    **AND**

    Richard J. (Rex) Burch
    State Bar No. 24001807
    rburch@brucknerburch.com
    **BRUCKNER BURCH, PLLC**
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile

    **COUNSEL IN CHARGE FOR PLAINTIFF**

By: */s/ Sean M. Becker*
    Sean M. Becker (Attorney-In-Charge)
    State Bar No. 2409657
    Federal ID No. 602796
    Christie Alcala
    State Bar No. 24073831
    Federal ID No. 1450050
    VINSON & ELKINS, LLP
    1001 Fannin Street, Suite 2500
    Houston, Texas   77002
    713.758.2646 (Telephone)
    713.615.5129 (Fax)

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 12th day of January 2016.

*/s/ Jessica M. Bresler*
Jessica M. Bresler